# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

WALLACE ROBINSON
ADC #169328                                                     PLAINTIFF

v.                       No. 4:19-cv-780-DPM

MUNYAN, Nurse, Faulkner County
Detention Center; HUANG, Corporal,
Shift Supervisor, Faulkner County
Detention Center; KILPATRICK,
Detention Officer, Faulkner County
Detention Center; DOE, Medical Contractor,
Faulkner County Detention Center; and
FAULKNER COUNTY                             DEFENDANTS

## ORDER

1. The Court partly adopts and partly declines the unopposed recommendation, *Doc. 12*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes).

2. The Court adopts the recommendation as to Defendants Kilpatrick and Huang. They are dismissed without prejudice.

3. The Court declines the recommendation as to Defendant Munyan. First, it's not clear from the complaint that this is a case about a mere disagreement with the course of treatment. That might be so if, for example, a doctor at Faulkner County discontinued Robinson's blood pressure medications based on an independent medical

judgment. But, taking the complaint's allegations as true, Robinson had a prescribed course of treatment in place that Munyan deliberately ignored. "When an official denies a person treatment that has been ordered or medication that has been prescribed, constitutional liability may follow." *Dadd v. Anoka County*, 827 F.3d 749, 757 (8th Cir. 2016).

Further, at this early stage, Robinson need only plead a plausible claim. He has. He says that Munyan deliberately withheld several doses of prescribed medication. He also says that he suffered as a result. *Doc. 2 at 5*. Although that allegation is thin, it is a plausible claim that the missed medication had a detrimental effect. Robinson's claim against Munyan therefore passes screening.

**4.** The Magistrate Judge recommended dismissing Robinson's claims against Faulkner County and the FCDC Medical Contractor because of the lack of an underlying constitutional violation. Because the Court concludes that Robinson pleaded a plausible constitutional violation, the recommendation about Faulkner County and the Medical Contractor is declined without prejudice.

\* \* \*

Recommendation, *Doc. 12*, partly adopted and partly declined. The Court directs the Clerk to return this case to the Magistrate Judge for further proceedings.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 May 2020