IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WALLACE ROBINSON
ADC #169328                                                              PLAINTIFF

v.                          No. 4:19-cv-780-DPM

MONTE MUNYAN, Nurse, Faulkner County
Detention Center; DOE, Medical Contractor,
Faulkner County Detention Center; and
FAULKNER COUNTY                                                         DEFENDANTS

## ORDER

The Court adopts Magistrate Judge Ray's unopposed recommendation, *Doc. 39*, as clarified. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion, *Doc. 21*, granted as modified. Robinson's claims against Munyan and Doe must be dismissed because of the procedural problems noted, but these defendants are not entitled to summary judgment.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

28 July 2021