IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WALLACE ROBINSON
ADC #169328                                                                PLAINTIFF

v.                       No. 4:19-cv-780-DPM

MONTE MUNYAN, Nurse, Faulkner County
Detention Center;  HUANG, Corporal,
Shift Supervisor, Faulkner County
Detention Center;  KILPATRICK,
Detention Officer, Faulkner County
Detention Center;  DOE, Medical Contractor,
Faulkner County Detention Center;  and
FAULKNER COUNTY                                                        DEFENDANTS

## JUDGMENT

Robinson's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 July 2021