IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WALLACE ROBINSON
ADC #169328                                                          PLAINTIFF

v.                       No. 4:19-cv-780-DPM

MONTE MUNYAN, Nurse, Faulkner County
Detention Center, *et al.*                                          DEFENDANTS

## ORDER

Motion, *Doc. 55*, granted as modified. Robinson's objections are due by 27 December 2021.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

13 December 2021