IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WALLACE ROBINSON
ADC #169328                                              PLAINTIFF

v.                 No. 4:19-cv-780-DPM

MONTE MUNYAN, Nurse, Faulkner County
Detention Center                                  DEFENDANT

ORDER

On *de novo* review, the Court overrules Robinson's objections, Doc. 57, FED. R. CIV. P. 72(b)(3), and adopts Magistrate Judge Ray's recommendation, Doc. 53, as modified.

Notwithstanding Nurse Munyan's role in weekend medications pursuant to jail policy, Robinson has admitted that he never spoke to him. Even if Munyan knew about Robinson's serious medical need, Munyan is entitled to qualified immunity. *Fourte v. Faulkner County*, 746 F.3d 384, 390 (8th Cir. 2014). Munyan's treatment decision—to administer ibuprofen instead of Robinson's prescribed blood pressure medicine—was, at most, negligent, not unconstitutional. *Jolly v. Knudsen*, 205 F.3d 1094, 1096 (8th Cir. 2000). Robinson's claim against Munyan fails on the merits and will be dismissed with prejudice. The motion for summary judgment, Doc. 21, is granted.

In the alternative, the motion to substitute, Doc. 46, is denied because Robinson hasn't shown excusable neglect. This route would

result in a without-prejudice dismissal, if the Court is mistaken about the merits.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 February 2022