# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**WALLACE ROBINSON**
**ADC #169328**                                                              **PLAINTIFF**

v.                                           No. 4:19-cv-780-DPM

**MONTE MUNYAN, Nurse, Faulkner County**
**Detention Center;  HUANG, Corporal, Shift**
**Supervisor, Faulkner County Detention Center;**
**KILPATRICK, Detention Officer, Faulkner**
**County Detention Center;  DOE, Medical**
**Contractor, Faulkner County Detention Center;**
**and FAULKNER COUNTY**                                          **DEFENDANTS**

## JUDGMENT

1.    Robinson's claims against Huang, Kilpatrick, Doe, and Faulkner County are dismissed without prejudice.

2.    Robinson's claims against Munyan are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

7 February 2022